# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                     **PLAINTIFF**

v.                                        **Case No. 4:17-cv-00833-KGB**

**$80,000 in U.S. Currency;**
**$9,453 in U.S. Currency;**
**$6,750 in U.S. Currency;**
**Assorted Firearms with Magazines**
**and Ammunition**                                                                  **DEFENDANT**

## DEFAULT JUDGMENT AND DECREE OF FORFEITURE

The United States of America moves for a default judgment and a decree of forfeiture (Dkt. No. 8). The Court grants the motion (Dkt. No. 8). As guided by 18 U.S.C. § 983 and Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of the action. No party filed a claim or answer or otherwise defended the action; therefore, the Clerk entered a default.

The Court declares that the $80,000 in U.S. currency, $9,453 in U.S. currency, $6,570 in U.S. currency, and the assorted firearms with magazines and ammunitions ("defendant properties") described in the government's verified complaint (Dkt. No. 1) are forfeited, and title is now vested in the United States. All prior claims in and against the defendant properties are extinguished and declared void. The defendant properties shall be turned over to the United States and disposed of according to law.

The Clerk is directed to close the case.

It is so ordered this 16th day of February, 2018.

_____
Kristine G. Baker
United States District Judge